IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONE SYRING, as personal
representative of the Will of
Marshall C. Syring, deceased,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-232-wmc

      This action came for consideration before the court with District Judge William C. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant United States of America, granting summary judgment and dismissing this case for lack of jurisdiction.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

8/8/13
Date