IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONE SYRING, as personal representative of the Will of Marshall C. Syring, deceased,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-232-wmc

---

This action came for consideration before the court with District Judge William C. Conley presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant United States of America, granting summary judgment and dismissing this case for lack of jurisdiction.

_____      8/8/13
Peter Oppeneer, Clerk of Court            Date